IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RE:  Latasha Piggee

CASE NO:  4:21-bk-10845 J                                                                              Chapter 13

MOTION TO DISMISS FOR FAILURE TO SUBMIT DOCUMENTATION

COMES now Jack W Gooding, Standing Trustee for Chapter 13 cases and for his Motion to Dismiss states:

1. That an order was entered on 12/13/2021 requiring the debtor to provide documentation within 28 days.

2. That the Trustee has not been provided with the documentation nor has the debtor requested an extension of time within which to submit such documentation.

WHEREFORE, your petitioner prays for an order dismissing this case and for all other just and proper relief.

Date:  01/18/2022

/s/  Jack W Gooding

Jack W Gooding,
Standing Chapter 13 Trustee

CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 1/18/2022, with sufficient postage to assure delivery to the following:

Latasha Piggee
950 Military Rd
Apt 622
Jacksonville, AR  72076-5397

Matthew D Mentgen (Ach) - Electronically by ECF

/s/  Jack W Gooding

Jack W Gooding,
Standing Chapter 13 Trustee