United States Bankruptcy Court

Eastern District of Arkansas

In re: Case No. 21-10845-pmj
LaTasha Piggee Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0860-4     User: admin     Page 1 of 2
Date Rcvd: Jan 19, 2022     Form ID: nhrg     Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | LaTasha Piggee, 950 Military Rd, Apt 622, Jacksonville, AR 72076-5397 |
| 6651801 | | ACCESS CRDT, 11225 Huron Ln # 222, Little Rock, AR 72211-1861 |
| 6651802 | | Access Credit Management, Inc, PO Box 250531, Little Rock, AR 72225-0531 |
| 6670905 | + | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 6651810 | # | The McHughes Law Firm, PLLC., PO Box 2180, Little Rock, AR 72203-2180 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 6651800 | | Email/Text: mnapoletano@ars-llc.biz | Jan 19 2022 21:49:00 | ABILITY RECOVERY, 1 Montage Mountain Rd # A, Moosic, PA 18507-1777 |
| 6651803 | | Email/Text: ally@ebn.phinsolutions.com | Jan 19 2022 21:49:00 | ALLY FINANCIAL, PO Box 380901, Bloomington, MN 55438-0901 |
| 6659806 | | Email/Text: ally@ebn.phinsolutions.com | Jan 19 2022 21:49:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 6664339 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 19 2022 21:47:35 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 6652125 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 19 2022 21:49:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 6651805 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 19 2022 21:49:00 | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 6651806 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 19 2022 21:49:00 | Credit Collection, PO Box 607, Norwood, MA 02062-0607 |
| 6651807 | | Email/PDF: pa_dc_ed@navient.com | Jan 19 2022 21:47:13 | DEPT OF ED/NAVIENT, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 6651809 | | Email/Text: bknotice@ercbpo.com | Jan 19 2022 21:49:00 | ERC, PO Box 57547, Jacksonville, FL 32241-7547 |
| 6651808 | | Email/Text: credit7@entergy.com | Jan 19 2022 21:49:00 | Entergy Ar, Entergy Arkansas Inc, PO Box 8101, Baton Rouge, LA 70891-8101 |
| 6655560 | | Email/PDF: pa_dc_ed@navient.com | Jan 19 2022 21:47:32 | Navient Solutions, LLC. on behalf of The Dpt of ED, Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 6658171 | | Email/Text: consumerbankruptcy@simmonsbank.com | Jan 19 2022 21:49:00 | Simmons Bank, PO Box 7009, Pine Bluff, AR |

| District/off: 0860-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 19, 2022 | Form ID: nhrg | Total Noticed: 17 |

71611

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 6651804 | ## | COLLECTIONS SERVICES, 1501 N University Ave Ste 950, Little Rock, AR 72207-5298 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2022          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack W. Gooding | noticing@ark13.com |
| Matthew David Mentgen | on behalf of Debtor LaTasha Piggee matthew@mentgenlaw.com G17780@notify.cincompass.com;fhaoqina@mailparser.io |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;Kent.H.Johnson@usdoj.gov |

TOTAL: 3

Form nhrg

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re: LaTasha Piggee
Debtor

Case No.: 4:21−bk−10845
Chapter: 13
Judge: Phyllis M. Jones

PLEASE TAKE NOTICE that a Evidentiary Hearing has been scheduled before Judge Phyllis M. Jones at

U.S. Bankruptcy Court, 300 W. 2nd Street, Little Rock, AR 72201

on 3/1/22 at 09:30 AM

to consider and act upon the following:

*51* − Motion to Dismiss Case filed by Trustee (etrustee)

**Attorneys are directed to contact the Courtroom Deputy as soon as possible prior to hearing if this matter will require more than 30 minutes to be heard.**

HEARINGS INVOLVING A REQUEST TO MODIFY THE STAY:
For compelling reasons, the Court hereby orders that the automatic stay shall remain in effect pending the outcome of the above−scheduled hearing, in accordance with 11 U.S.C. §362(e).

If you will be presenting evidence, the courtrooms are equipped with evidence presentation equipment. Please contact the Courtroom Deputy, at 501−918−5642, if you would like to schedule a short training session before court.

If you will be introducing exhibits, please bring a copy for the staff attorney.

PLEASE NOTE THAT CELL PHONES WITH A CAMERA ARE NOT PERMITTED IN THE COURTHOUSE WITHOUT A COURTHOUSE TECHNOLOGY PERMIT.

Dated: 1/19/22

Linda McCormack, Clerk
By:
Lisa McDaniel
Deputy Clerk