# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| In re: LaTasha Piggee | Case No.: 4:21-bk-10845 |
| Debtor | Chapter 13 |

## ORDER ON MOTION TO INCUR

**NOW BEFORE** the Court is the *Motion to Incur* filed on behalf of LaTasha Piggee, Debtor, by her attorney, Matthew D. Mentgen, on February 07, 2022. As no objection or response has been filed in opposition, this Court finds that the motion should be, and hereby is, **GRANTED**.

Accordingly, the Debtor is permitted to purchase a new or used vehicle as set forth below:

| | |
|---:|:---|
| *Vehicle Type:* | Car / Truck / SUV |
| *Maximum Purchase Price:* | $ 24,000.00 |
| *Maximum Monthly Payment:* | $ 400.00 |
| *Maximum Term:* | 72 |
| *Maximum Annual Percentage Rate:* | 16.99 |

Debtor will surrender her interest in the 2015 Kia Optima financed through Ally Financial. This order shall expire 120 days after issue.

**IT IS SO ORDERED.**

_Phyllis M. Jones_
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 02/07/2022

Approved as to form:

/s/ James Hunt, Staff Attorney for

**Jack W. Gooding**
**Chapter 13 Trustee**

EOD: February 7, 2022